■ In the Matter of DANIEL E. JEHLI, JR., Doing Business as BRENTWOOD BUS COMPANY, Appellant, against BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— Motion to dispense with the printing of certain minutes and

954

exhibits denied except that, pursuant to stipulation made in open court, appellant may submit five copies of exhibits in photostatic form. The papers submitted on the motion indicate that the appeal is being perfected pursuant to rule VII of this court. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ. [See *post*, p. 955.]